IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:13CR50060-001 |
| | ) | |
| CHRISTOPHER HOWE | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss Count 7 of Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that the motion should be, and hereby is, **granted.**

NOW THEREFORE, it is ordered that Count 7 (Possession of Child Pornography) of the Indictment of the defendant Christopher Howe is dismissed without prejudice.

Entered on this 11th day of September, 2013.

   /s/   Jimm Larry Hendren
Honorable Jimm Larry Hendren
Chief United States District Judge