IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:13CR50060-001

CHRISTOPHER HOWE

### **FINAL ORDER OF FORFEITURE**

On September 17, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 27). In the Preliminary Order of Forfeiture, a black Apple iPhone 3GS, 579C-A1303A was forfeited to the United States pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On October 21, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on September 17, 2013, shall become final at this time.

1

IT IS SO ORDERED this 10th day of March, 2013.

/s/ Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 10 2014

CHRIS R. JOHNSON, CLERK

BY          DEPUTY CLERK